# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| YANETH FUENTES, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13CV474-JRG-RSP |
| | § | |
| CITY OF TYLER, ET AL. | § | |

## MEMORANDUM ORDER

Currently before the Court is the Defendants' Motion to Transfer Venue filed by all Defendants on July 1, 2013 (Dkt. No. 8). After considering the briefs and arguments of counsel, the Court has determined that the motion should be GRANTED, and the Clerk is directed as follows:

(1) The Clerk shall show this matter transferred to the Tyler Division of this Court, and

(2) The Clerk shall maintain the same assignment of judicial officers as currently.

All previous orders and schedules shall remain in place.

**SIGNED this 13th day of March, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE